In the Matter of the Application of the BOARD OF SUPERVISORS OF ONTARIO COUNTY, Petitioner, against THE WATER POWER AND CONTROL COMMISSION, DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK, Consisting of ALEXANDER MACDONALD, Conservation Commissioner, and Others, Defendant.—

Motion for leave to appeal to the Court of Appeals granted. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.